**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 25, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 14-11031 |
| Green B Detherage, III<br>Trisha S Detherage | Chapter 13 |
| Debtors. | Judge Jeffery P. Hopkins |

**AGREED ORDER RESOLVING MOTION OF CONSUMER PORTFOLIO SERVICES, INC. FOR RELIEF FROM STAY (DOC. 54) AND MODIFICATION OF CHAPTER 13 PLAN**

This matter came before the Court on the Motion for Relief from Stay (the 'Motion') filed by Consumer Portfolio Services, Inc. ('Movant') at Docket No. 54.

Movant has alleged that good cause for granting the Motion exists, and that the Debtors, counsel for the Debtors, the Chapter 13 Trustee and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.

The parties have entered into an agreement resolving the motion.

IT IS, THEREFORE ORDERED:

1. The Parties agree that the post-petition arrearage owed by the Debtors is in the amount of $1,650.39, which consists of a one payment in the amount of $340.41 due

for March 2019; two payments in the amount of $554.49 each, for the months of April 2019 and May 2019; returned check fee in the amount of $20.00; $181.00 for the filing fee for the Motion for Relief. The post-petition arrearage will be cured as follows:

   a. $825.20 on or before June 15, 2019.
   b. $825.19 on or before July 15, 2019.

These payments are the minimum required payments on the arrearage. The arrearage claim may be paid in full, without penalty, at any time; as long as the arrears is paid in full by July 15, 2019.

2. The lump sum payments as outlined in paragraph 1 of this Agreed Order are in addition to the regular monthly payment. The regular monthly payment begins again and is due on or before June 13, 2019 and remains due and owing on or before the 13th day of each month thereafter.

3. Failure by the Debtors to make the stipulation payments on the dates that they are due as outlined in paragraph 1 of this Agreed Order shall constitute a default. Failure by the Debtors to make any regular monthly payment on the dates that they are due as outlined in paragraph 2 of this Agreed Order shall constitute a default.

4. Upon the existence of a default, Movant shall send Debtors and counsel for Debtors a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

5. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtors, an Order shall be entered without further hearing, terminating the stay imposed by Sections 362 of the Bankruptcy Code with respect to Movant, its successors and assigns, for the purpose

of Movant pursuing its state court remedies on its collateral. These default provisions shall expire 1 year from the entering of this Agreed Order.

6. Debtor's Plan is hereby modified to increase plan payments to $2,100 per month beginning with the plan payment due for July 2019 and remaining for the life of the plan.

SO ORDERED.

Submitted By:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Fax: 513.438.1311
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Patricia J. Downing
Patricia J Downing
Law Office of Patricia J. Downing, LLC
1248 Nilles Road, Ste.7
Fairfield, OH 45014
(513)642-7046
Fax: 513-829-9888
Email: pat@downinglawoffice.com
Attorney for Debtor(s)

/s/ Margaret A. Burks
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202 Email:
Cincinnati@cinn13.org
Chapter 13 Trustee

COPIES TO:

Default List